**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

NAVJOT SINGH,

Plaintiff,

v. Case No. 3:26-cv-1341-MMH-SJH

SECRETARY, DEPARTMENT OF HOMELAND SECURITY, et al.,

Defendants.

---

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court sua sponte. On August 25, 2026, this Court entered an Order directing Plaintiff to show cause why this case should not be dismissed without prejudice in light of the representations contained in Plaintiff's Reply to Defendant's Motion to Dismiss (Dkt. No. 19). See Order to Show Cause (Dkt. No. 20). On September 8, 2026, Plaintiff filed a response to the Order to Show Cause advising that he does not oppose dismissal of this matter as long as it is without prejudice. See Plaintiff's Reply to Court's Order to Show Cause (Dkt. No. 21). Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED without prejudice**.

2. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 14th day of September, 2026.

Marcia Morales Howard

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record